UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                  :
JOHN LEE IVY,                     :
                                  :   Civil Action No. 10-63 (NLH)
              Petitioner,         :
                                  :
        v.                        :        O R D E R
                                  :
WARDEN DONNA ZICKEFOOSE,          :
                                  :
              Respondent.         :
_____:

     This matter having come before the Court on Petitioner's

application for a Writ of Habeas Corpus pursuant to 28 U.S.C.

§ 2241, and it appearing that:

     1.  Petitioner is a federal prisoner currently confined at

the Federal Correctional Institution at Fort Dix, New Jersey

("FCI Fort Dix");

     2.  Petitioner did not prepay the $5.00 filing fee for a

habeas petition as required by Local Civil Rule 54.3(a).

     3.  Petitioner did not submit a complete application to

proceed in forma pauperis pursuant to 28 U.S.C. § 1915, with a

certification signed by an authorized officer of the FCI Fort

Dix, certifying the amount presently on deposit in Petitioner's

institutional account, as required by Local Civil Rule 81.2(b).

     IT IS THEREFORE on this 13th day of January, 2010

ORDERED that the Clerk of the Court shall supply Petitioner with

a blank form in forma pauperis application; and it is further

ORDERED that, within 30 days of the date of entry of this Order, Petitioner shall either remit the $5.00 filing fee or submit a completed and signed in forma pauperis application, with a certification signed by an authorized officer of the FCI Fort Dix, certifying the amount presently on deposit in Petitioner's institutional account, as required by Local Civil Rule 81.2(b); and it is finally

ORDERED that, if Petitioner does not pay the filing fee or submit a certified in forma pauperis application within the above 30-day period, the Petition will be deemed withdrawn and the Clerk shall close the file in this matter.


/s/ NOEL L. HILLMAN
NOEL L. HILLMAN
United States District Judge

At Camden, New Jersey

2